THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JODIE PEOPLES-PARKER, | CASE NO. C19-0099 |
| Plaintiff, | MINUTE ORDER |
| v. | |
| STATE FARM FIRE AND CASUALTY INSURANCE COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' notice of settlement (Dkt. No. 10). Within 21 days of this order, the parties shall file a stipulated dismissal and proposed order. The Clerk is DIRECTED to terminate the status conference scheduled for March 26, 2019.

DATED this 12th day of March 2019.

    William M. McCool
    Clerk of Court

    s/Tomas Hernandez
    Deputy Clerk